UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KAREN MYERS CROSS,<br><br>*Plaintiff,*<br>v.<br><br>ACS STATE & LOCAL SOLUTIONS, INC.<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)  CASE NO. 4:11-cv-00307<br>)<br>)  JURY<br>)<br>)<br>) |

## NOTICE OF PENDING SETTLEMENT

Defendant ACS State and Local Solutions, Inc. through counsel, submits this Notice of Pending Settlement and states the parties have reached a verbal settlement of this matter including all parties and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ Christopher R. Richie
David R. Clouston,
Texas Bar No. 00787253
Christopher R. Richie
Texas Bar No. 24002839
Leslye E. Moseley
Texas Bar No. 24044557
SESSIONS FISHMAN NATHAN & ISRAEL, LLC
900 Jackson Street
Suite 440
Dallas, Texas 75202
Telephone:  214-741-3001
Facsimile: 214-741-3055

**ATTORNEY FOR DEFENDANT ACS STATE AND LOCAL SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August 2011, a copy of the foregoing was served upon the following via the Court's Electronic Filing System:

Sharon K. Campbell
3100 Monticello Ave., Suite 500
Dallas, Texas 75206
Facsimile: (214) 378-6670
Sharon@sharonKcampbell.com

/s/ Christopher R. Richie
Christopher R. Richie