IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **KAREN MYERS CROSS** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 4-11-CV-00307 |
| **ACS STATE & LOCAL SOLUTIONS, INC.** | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the court considered the Motion to Dismiss filed by Plaintiff. Being fully advised, the court is of the opinion that this Motion [de #11] should be granted. It is, therefore,

ORDERED that all claims asserted by Plaintiff against ACS State & Local Solutions, Inc. are dismissed with prejudice.

**SIGNED this the 29th day of March, 2012.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE